UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CIVIL ACTION NO. 5:17-350-DCR

**\*ELECTRONICALLY FILED\***

EVERETT CASH MUTUAL INSURANCE COMPANY                             PLAINTIFF

v.           **AGREED ORDER OF DISMISSAL**

CHRIS EGGLESDEN,
EGGLESDEN CONSTRUCTION, LLC
KENTUCKY GUARDIANSHIP ADMINISTRATORS, LLC,
ADMINISTRATOR OF THE ESTATE OF KHALIL ABDIN,
HAITHAM ABDIN, and KATARA ABDIN                                   DEFENDANTS

    This matter having come before the Court upon the agreement of the parties herein, as evidenced by the signatures of their respective attorneys below, and the Court being otherwise fully and sufficiently advised;

    IT IS HEREBY ORDERED AND ADJUDGED that all claims in this matter are hereby DISMISSED, with prejudice, and this matter shall be STRICKEN from the Court's active docket.  Each party shall be responsible for their own attorney fees, costs, and expenses.  This is a final and appealable Order, as there is no just cause for delay.

    Dated: _____, 2018.

                                                     _____
                                                   **HON. DANNY C. REEVES,**
                                                   **UNITED STATES DISTRICT JUDGE**

HAVE SEEN AND AGREED TO:

By:    */s/Jamie Wilhite Dittert*
        *Attorneys for Everett Cash*
        *Mutual Insurance Company*

By: */s/Escum L. "Trey" Moore, III (by JWD with permission)*
*Attorney for Chris Egglesden and*
*Egglesden Construction, LLC*

By: */s/Michael S. Fore (by JWD with permission)*

and

By: */s/Jonathan K. Kurtz (by JWD with permission)*
*Attorneys for Kentucky Guardianship Administrators, LLC*
*as Administrator of the Estate of Khalil Abdin,*
*Haitham Abdin, and Katara Abdin*