UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| EVERETT CASH MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 5: 17-350-DCR |
| V. | ) ) | |
| CHRIS EGGLESDEN, et al., | ) ) | **ORDER** |
| Defendants. | ) | |

**\*\*\*   \*\*\*   \*\*\*   \*\*\***

The parties having filed an agreed order of dismissal with prejudice, [Record No. 36], and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

1.      The parties' agreed order of dismissal [Record No. 36], construed as a joint motion to dismiss, is **GRANTED**.

2.      All claims asserted in this action are **DISMISSED**, with prejudice.

3.      This action is **DISMISSED** and **STRICKEN** from the Court's docket.  The parties shall bear their respective costs, expenses, and attorney's fees.

This 19th day of July, 2018.



Signed By:
*Danny C. Reeves* DCR
United States District Judge